| | |
|---|---|
| DANIEL CARMICHAEL,<br><br>     Plaintiff,<br><br>v.<br><br>TOWN OF STOUGHTON,<br>ROBIN GRIMM, DONNA MCNAMARA,<br>and BRIAN HOLMES in their individual<br>and official capacities,<br><br>     Defendants. | Civil Action No.: 21-cv-10983-RGS<br><br><br>**JURY DEMAND** |

## NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)

Plaintiff Daniel Carmichael notices the voluntary dismissal of this action under Rule

41(a)(1)(A)(i) of the Federal Rules of Civil Procedure as no opposing party has filed an answer

or motion for summary judgment.

Respectfully submitted,
PLAINTIFF DANIEL CARMICHAEL,
By his attorneys,

_____/s/ Joseph Sulman_____
Joseph L. Sulman, BBO #663635
Law Office of Joseph L. Sulman
391 Totten Pond Road, Suite 402
Waltham, MA 02451
(617) 521-8600
jsulman@sulmanlaw.com

July 15, 2021